ASD:gh
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

ROBERT PEREZ,
a/k/a, Roberto Peres

Case No. 18-MJ-313 FLN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT PEREZ, a/k/a Roberto Peres
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information _x_ Complaint
___ Probation Violation Petition ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

On or about April 9, 2018, in Steele County, in the State and District of Minnesota, the defendant did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

Date: 4/11/18

*Issuing officer's signature*

City and State: Minneapolis, MN

Hon. Franklin L. Noel, U.S. Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____  
*Arresting officer's signature* _____  
*Printed name and title* _____ |

SCANNED
APR 11 2018
U.S. DISTRICT COURT MPLS