# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
               Plaintiff,

v.

ROBERT PEREZ,             Criminal No. 18-MJ-313 FLN
A/K/A "ROBERTO PERES"
               Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee: ROBERT PEREZ, a/k/a Roberto Peres
Detained at (custodian): Steele County Detention Center

The government is requesting the **investigating agency** to transport detainee.

Detainee is:    a.)    (X) charged in this district by: Complaint
                     Charging Detainee With: Possession with intent to distribute methamphetamine
or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ( ) return to the custody of detaining facility upon termination of this proceeding
or    b.)    (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on April 12 at 2:00 p.m. in the courtroom of the Honorable Franklin L. Noel.

Dated: April 11, 2018

                                                 ANDREW DUNNE, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/11/18                                    Franklin L. Noel
Date                                         UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:
| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Robert Perez, a/k/a Roberto Peres | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1979 |
| Facility Address: | 2500 Alexander Street SW | Race: | Hispanic |
| | Owatonna, MN 55060 | FBI #: | |
| Facility Phone: | 507-446-7000 | | |
| Currently Incarcerated For: | Drugs-1st Degree-Controlled Substance Crime | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                 (Signature)

SCANNED
APR 11 2018
U.S. DISTRICT COURT MPLS

writ issued 4/11/18